# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

VERNELL CONLEY
ADC #110709                                                          PETITIONER

v.                          No. 5:15-cv-93-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                      RESPONDENT

## JUDGMENT

Conley's petition is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 January 2021